Scott E. Gizer, Esq., Nevada Bar No. 12216
  *sgizer@earlysullivan.com*
Sophia S. Lau, Esq., Nevada Bar No. 13365
  *slau@earlysullivan.com*
EARLY SULLIVAN WRIGHT
  GIZER & McRAE LLP
8716 Spanish Ridge Avenue, Suite 105
Las Vegas, Nevada 89148
Telephone: (702) 331-7593
Facsimile: (702) 331-1652

Kevin S. Sinclair, NV Bar No. 12277
  *ksinclair@sinclairbraun.com*
SINCLAIR BRAUN LLP
16501 Ventura Blvd, Suite 400
Encino, California 91436
Telephone: (213) 429-6100
Facsimile: (213) 429-6101

Attorneys for Defendant
FIDELITY NATIONAL TITLE INSURANCE COMPANY

DESIGNATED LOCAL COUNSEL FOR SERVICE OF
PROCESS ON SINCLAIR BRAUN LLP PER L.R. IA 11-1(b)

Gary L. Compton, State Bar No. 1652
2950 E. Flamingo Road, Suite L
Las Vegas, Nevada 89121

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| US BANK NATIONAL ASSOCIATION,<br><br>Plaintiff,<br><br>vs.<br><br>FIDELITY NATIONAL TITLE GROUP, INC. et al.,<br><br>Defendants. | Case No.: 2:21-CV-01454-JCM-NJK<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT** |

COMES NOW defendant Fidelity National Title Insurance Company ("Fidelity") and plaintiff U.S. Bank, National Association ("U.S. Bank"), by and through their respective attorneys of record, which hereby agree and stipulate as follows:

1. On July 26, 2021, U.S. Bank filed its complaint in the Eighth Judicial District Court for the State of Nevada;

2. On August 5, 2021, Fidelity removed the instant case to the United States District Court for the State of Nevada (ECF No. 1);

3. Pursuant to FRCP 81(c)(2), Fidelity's response to the complaint is currently due on August 18, 2021;

4. Counsel for Fidelity requests a 30-day extension, through and including Friday, September 17, 2021, for Fidelity to file its response to U.S. Bank's complaint to afford Fidelity's counsel additional time to review and respond to U.S. Bank's complaint.

5. Counsel for U.S. Bank does not oppose the requested extension;

6. This is the first request for an extension made by counsel for Fidelity, which is made in good faith and not for the purposes of delay.

7. This stipulation is entered into without waiving any of Fidelity's objections under Fed. R. Civ. P. 12.

**IT IS SO STIPULATED** that Fidelity's deadline to respond to the complaint is hereby extended through and including Friday, September 17, 2021.

Dated: August 11, 2021        SINCLAIR BRAUN LLP

By:  */s/-Kevin S. Sinclair*
KEVIN S. SINCLAIR
Attorneys for Defendant
FIDELITY NATIONAL TITLE INSURANCE COMPANY

Dated: August 11, 2021        WRIGHT FINLAY & ZAK, LLP

By:  */s/-Christina v. Miller*
CHRISTINA V. MILLER
Attorneys for Plaintiff
U.S. BANK, NATIONAL ASSOCIATION

**IT IS SO ORDERED.**

Dated August 12, 2021

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE