1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION AS LEGAL TITLE TRUSTEE FOR TRUMAN 2016 SC6 TITLE TRUST,<br><br>Plaintiff,<br><br>vs.<br><br>FIDELITY NATIONAL TITLE GROUP, INC.; FIDELITY NATIONAL TITLE INSURANCE COMPANY; DOE INDIVIDUALS I through X; and ROE CORPORATIONS XI through XX, inclusive,<br><br>Defendants. | Case No.: 2:21-CV-01454-JCM-NJK<br><br>**STIPULATION AND ORDER TO EXTEND TIME PERIOD TO RESPOND TO MOTION TO STAY CASE [ECF No. 6]**<br><br>**[First Request]** |

Plaintiff U.S. Bank National Association as Legal Title Trustee for Truman 2016 SC6 Title Trust ("U.S. Bank"), and Defendants Fidelity National Title Group, Inc. and Fidelity National Title Insurance Company ("Defendants"), by and through their counsel of record, hereby stipulate and agree as follows:

1. On August 16, 2021, Defendants filed a Motion to Stay Case [ECF No. 6];
2. U.S. Bank's deadline to respond is currently August 30, 2021;
3. U.S. Bank's counsel is requesting an eight-day extension to respond to Defendants' Motion, until September 7, 2021;

4. This extension is requested to allow counsel for U.S. Bank additional time to review and respond to the points and authorities cited to in the pending Motion;

5. Counsel for Defendants does not oppose the requested extension;

6. This is the first request for an extension which is made in good faith and not for purposes of delay.

**IT IS SO STIPULATED.**

| DATED this 30th day of August, 2021. | DATED this 30th day of August, 2021. |
|---|---|
| WRIGHT, FINLAY & ZAK, LLP | SINCLAIR BRAUN LLP |
| */s/ Lindsay D. Dragon* | */s/ Kevin S. Sinclair* |
| Lindsay D. Dragon, Esq. | Kevin S. Sinclair, Esq. |
| Nevada Bar No. 13474 | Nevada Bar No. 12277 |
| 7785 W. Sahara Ave., Suite 200 | 16501 Venture Blvd., Suite 400 |
| Las Vegas, NV 89117 | Encino, California 91436 |
| *Attorneys for Plaintiff, U.S. Bank National Association as Legal Title Trustee for Truman 2016 SC6 Title Trust* | *Attorneys for Defendants Fidelity National Title Insurance Company and Fidelity National Title Group, Inc.* |

**IT IS SO ORDERED.**

Dated August 31, 2021

_____
UNITED STATES MAGISTRATE JUDGE