WRIGHT, FINLAY & ZAK, LLP
Darren T. Brenner, Esq.
Nevada Bar No. 8386
Christina V. Miller, Esq.
Nevada Bar No. 12448
Lindsay D. Dragon, Esq.
Nevada Bar No. 13474
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 637-2345; Fax: (702) 946-1345
ldragon@wrightlegal.net
*Attorneys for Plaintiff, U.S. Bank National Association as Legal Title Trustee for Truman 2016 SC6 Title Trust*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION AS LEGAL TITLE TRUSTEE FOR TRUMAN 2016 SC6 TITLE TRUST,<br><br>Plaintiff,<br><br>vs.<br><br>FIDELITY NATIONAL TITLE GROUP, INC.; FIDELITY NATIONAL TITLE INSURANCE COMPANY; DOE INDIVIDUALS I through X; and ROE CORPORATIONS XI through XX, inclusive,<br><br>Defendants. | Case No.: 2:21-CV-01454-JCM-NJK<br><br>**STIPULATION AND ORDER TO EXTEND TIME PERIOD TO RESPOND TO MOTION TO STAY CASE [ECF No. 6]**<br><br>**[Second Request]** |

Plaintiff U.S. Bank National Association as Legal Title Trustee for Truman 2016 SC6 Title Trust ("U.S. Bank"), and Defendants Fidelity National Title Group, Inc. and Fidelity National Title Insurance Company ("Defendants"), by and through their counsel of record, hereby stipulate and agree as follows:

1. On August 16, 2021, Defendants filed a Motion to Stay Case [ECF No. 6];
2. U.S. Bank's deadline to respond is currently September 7, 2021 [ECF No. 10];
3. U.S. Bank's counsel is requesting a one-week extension to respond to Defendants' Motion, until September 14, 2021;

4. This extension is requested to allow counsel for U.S. Bank additional time to review and respond to the points and authorities cited to in the pending Motion;

5. Counsel for Defendants does not oppose the requested extension;

6. This is the second request for an extension which is made in good faith and not for purposes of delay.

**IT IS SO STIPULATED.**

| DATED this 7th day of September, 2021. | DATED this 7th day of September, 2021. |
|---|---|
| WRIGHT, FINLAY & ZAK, LLP | EARLY SULLIVAN WRIGHT GIZER & McRAE LLP |
| /s/ Lindsay D. Dragon<br>Lindsay D. Dragon, Esq.<br>Nevada Bar No. 13474<br>7785 W. Sahara Ave., Suite 200<br>Las Vegas, NV 89117<br>*Attorneys for Plaintiff, U.S. Bank National Association as Legal Title Trustee for Truman 2016 SC6 Title Trust* | /s/ Sophia S. Lau<br>Sophia S. Lau, Esq.<br>Nevada Bar No. 13365<br>8716 Spanish Ridge Avenue, Suite 105<br>Las Vegas, Nevada 89148<br>*Attorneys for Defendants Fidelity National Title Insurance Company and Fidelity National Title Group, Inc.* |

**IT IS SO ORDERED.**

Dated: September 8, 2021

_____
UNITED STATES MAGISTRATE JUDGE