Scott E. Gizer, Esq., Nevada Bar No. 12216
  *sgizer@earlysullivan.com*
Sophia S. Lau, Esq., Nevada Bar No. 13365
  *slau@earlysullivan.com*
EARLY SULLIVAN WRIGHT
  GIZER & McRAE LLP
8716 Spanish Ridge Avenue, Suite 105
Las Vegas, Nevada 89148
Telephone:  (702) 331-7593
Facsimile:  (702) 331-1652

Kevin S. Sinclair, NV Bar No. 12277
  *ksinclair@sinclairbraun.com*
SINCLAIR BRAUN LLP
16501 Ventura Blvd, Suite 400
Encino, California 91436
Telephone:  (213) 429-6100
Facsimile:  (213) 429-6101

Attorneys for Defendants
FIDELITY NATIONAL TITLE GROUP, INC. and FIDELITY
NATIONAL TITLE INSURANCE COMPANY

DESIGNATED LOCAL COUNSEL FOR SERVICE OF
PROCESS ON SINCLAIR BRAUN LLP PER L.R. IA 11-1(b)

Gary L. Compton, State Bar No. 1652
2950 E. Flamingo Road, Suite L
Las Vegas, Nevada 89121

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| US BANK NATIONAL ASSOCIATION,<br><br>Plaintiff,<br><br>vs.<br><br>FIDELITY NATIONAL TITLE GROUP, INC., et al.,<br><br>Defendants. | Case No.: 2:21-CV-01454-JCM-NJK<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT**<br><br>**SECOND REQUEST** |

      Defendants Fidelity National Title Group, Inc. and Fidelity National Title Insurance Company (collectively, "Defendants") and plaintiff U.S. Bank National Association ("U.S. Bank"), by and through their respective attorneys of record, hereby agree and stipulate as follows:

      1.    On July 26, 2021, U.S. Bank filed its complaint in the Eighth Judicial District

1

1. Court for the State of Nevada;

2. On August 5, 2021, Defendants removed the instant case to the United States District Court for the State of Nevada (ECF No. 1);

3. On August 12, 2021, the Court granted Defendants an extension of their deadline to respond to the complaint, through and including September 17, 2021 (ECF No. 5);

4. Counsel for Defendants requests a further, 31-day extension, through and including Monday, October 18, 2021, for Defendants to file their response to U.S. Bank's complaint to afford Defendants' counsel additional time to review and respond to U.S. Bank's complaint.

5. Counsel for U.S. Bank does not oppose the requested extension;

6. This is the second request for an extension made by Defendants, which is made in good faith and not for the purposes of delay.

7. This stipulation is entered into without waiving any of Defendants objections under Fed. R. Civ. P. 12.

**IT IS SO STIPULATED** that Defendants' deadline to respond to the complaint is hereby extended through and including Monday, October 18, 2021.

Dated: September 15, 2021        SINCLAIR BRAUN LLP

By: /s/-Kevin S. Sinclair
KEVIN S. SINCLAIR
Attorneys for Defendants
FIDELITY NATIONAL TITLE GROUP, INC. and FIDELITY NATIONAL TITLE INSURANCE COMPANY

Dated: September 15, 2021        WRIGHT FINLAY & ZAK, LLP

By: /s/-Lindsay D. Dragon
LINDSAY D. DRAGON
Attorneys for Plaintiff
U.S. BANK, NATIONAL ASSOCIATION

**IT IS SO ORDERED.**

Dated September 16, 2021

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE