Scott E. Gizer, Esq., Nevada Bar No. 12216
  *sgizer@earlysullivan.com*
Sophia S. Lau, Esq., Nevada Bar No. 13365
  *slau@earlysullivan.com*
EARLY SULLIVAN WRIGHT
  GIZER & McRAE LLP
8716 Spanish Ridge Avenue, Suite 105
Las Vegas, Nevada 89148
Telephone:  (702) 331-7593
Facsimile:  (702) 331-1652

Kevin S. Sinclair, NV Bar No. 12277
  *ksinclair@sinclairbraun.com*
SINCLAIR BRAUN LLP
16501 Ventura Blvd, Suite 400
Encino, California 91436
Telephone:  (213) 429-6100
Facsimile:  (213) 429-6101

Attorneys for Defendants
FIDELITY NATIONAL TITLE GROUP, INC. and FIDELITY
NATIONAL TITLE INSURANCE COMPANY

DESIGNATED LOCAL COUNSEL FOR SERVICE OF
PROCESS ON SINCLAIR BRAUN LLP PER L.R. IA 11-1(b)

Gary L. Compton, State Bar No. 1652
2950 E. Flamingo Road, Suite L
Las Vegas, Nevada 89121

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| US BANK NATIONAL ASSOCIATION, | Case No.: 2:21-CV-01454-JCM-NJK |
| Plaintiff, | **STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO FIRST AMENDED COMPLAINT** |
| vs. | |
| FIDELITY NATIONAL TITLE GROUP, INC., et al., | **FIRST REQUEST** |
| Defendants. | |

Defendants Fidelity National Title Group, Inc. and Fidelity National Title Insurance Company (collectively, "Defendants") and plaintiff U.S. Bank National Association ("U.S. Bank"), by and through their respective attorneys of record, hereby agree and stipulate as follows:

　　1.　　On July 26, 2021, U.S. Bank filed its complaint in the Eighth Judicial District

Court for the State of Nevada;

2.      On August 5, 2021, Defendants removed the instant case to the United States District Court for the State of Nevada (ECF No. 1);

3.      On August 12, 2021, the Court granted Defendants an extension of their deadline to respond to the complaint, through and including September 17, 2021 (ECF No. 5);

4.      On September 16, 2021, the Court granted Defendants a second extension of their deadline to respond to the complaint, through and including October 18, 2021 (ECF No. 15);

5.      On September 20, 2021, U.S. Bank filed a first amended complaint (ECF No. 16);

6.      Per FRCP 15(a)(3), Defendants' deadline to respond to the first amended complaint remains October 18, 2021;

7.      Defendants request a 30-day extension of their deadline to respond to the first amended complaint, through and including Wednesday, November 17, 2021, to afford Defendants additional time to review and respond to U.S. Bank's first amended complaint.

8.      Counsel for U.S. Bank does not oppose the requested extension;

9.      This is the first request for an extension of the deadline to respond to the first amended complaint made by Defendants, which is made in good faith and not for the purposes of delay.

10.     This stipulation is entered into without waiving any of Defendants objections under Fed. R. Civ. P. 12.

//

//

//

//

//

//

//

//

//

STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT

1   **IT IS SO STIPULATED** that Defendants' deadline to respond to the first amended

2   complaint is hereby extended through and including Wednesday, November 17, 2021.

3   Dated:  September 30, 2021                     SINCLAIR BRAUN LLP

4                                                                 By:   /s/-Kevin S. Sinclair
                                                                            KEVIN S. SINCLAIR
5                                                                         Attorneys for Defendants
                                                                            FIDELITY NATIONAL TITLE GROUP,
6                                                                         INC. and FIDELITY NATIONAL TITLE
                                                                            INSURANCE COMPANY
7

8   Dated:  September 30, 2021                     WRIGHT FINLAY & ZAK, LLP

9                                                                 By:   /s/-Lindsay D. Dragon
                                                                            LINDSAY D. DRAGON
10                                                                       Attorneys for Plaintiff
                                                                            U.S. BANK, NATIONAL ASSOCIATION
11

12  **IT IS SO ORDERED.**

13              Dated  October 1, 2021

14                                                                 _____

15                                                                 NANCY J. KOPPE
                                                                      UNITED STATES MAGISTRATE JUDGE
16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT