**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION AS LEGAL TITLE TRUSTEE FOR TRUMAN 2016 SC6 TITLE TRUST,<br><br>          Plaintiff,<br><br>v.<br><br>FIDELITY NATIONAL TITLE GROUP, INC., et al.,<br><br>          Defendants. | Case No.: 2:21-cv-01454-JCM-NJK<br><br>**SCHEDULING ORDER**<br><br>[Docket No. 20] |

Pending before the Court is the parties' proposed discovery plan. Docket No. 20. The parties measure the discovery period from the date of the Federal Rule of Civil Procedure 26(f) conference, rather than the date of removal. *See id.* at 2. No justification was provided to the Court to measure the discovery period from this date, which would result in the parties having over a month longer than the presumptively reasonable discovery period without requesting special scheduling, as required by the Local Rules. *See* Local Rule 26-1. Additionally, the parties submit that they are to make their initial disclosures on November 12, 2021, which is 64 days after the 26(f) conference. The parties, however, must make initial disclosures within 14 days of the Rule 26(f) conference. *See* Fed. R. Civ. P. 26(a)(1)(C). Accordingly, the discovery plan is **GRANTED** in part and **DENIED** in part. Deadlines are hereby **SET** as follows:

- Initial Disclosures: October 26, 2021
- Amend pleadings/Add parties: November 3, 2021
- Initial experts: December 3, 2021
- Rebuttal experts: January 2, 2022
- Discovery cutoff: February 1, 2022
- Dispositive motions: March 3, 2022

- Joint proposed pretrial order: April 4, 2022, or 30 days after resolution of dispositive motions

IT IS SO ORDERED.

Dated: October 19, 2021

                                                _____
                                                Nancy J. Koppe
                                                United States Magistrate Judge