1 | Scott E. Gizer, Esq., Nevada Bar No. 12216
    *sgizer@earlysullivan.com*
2 | Sophia S. Lau, Esq., Nevada Bar No. 13365
    *slau@earlysullivan.com*
3 | EARLY SULLIVAN WRIGHT
    GIZER & McRAE LLP
4 | 8716 Spanish Ridge Avenue, Suite 105
Las Vegas, Nevada 89148
5 | Telephone:  (702) 331-7593
Facsimile:  (702) 331-1652

Kevin S. Sinclair, NV Bar No. 12277
  *ksinclair@sinclairbraun.com*
SINCLAIR BRAUN LLP
16501 Ventura Blvd, Suite 400
Encino, California 91436
Telephone:  (213) 429-6100
Facsimile:  (213) 429-6101

Attorneys for Defendants
FIDELITY NATIONAL TITLE INSURANCE COMPANY and
FIDELITY NATIONAL TITLE GROUP, INC.

DESIGNATED LOCAL COUNSEL FOR SERVICE OF
PROCESS ON SINCLAIR BRAUN LLP PER L.R. IA 11-1(b)

Gary L. Compton, State Bar No. 1652
2950 E. Flamingo Road, Suite L
Las Vegas, Nevada 89121

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| US BANK NATIONAL ASSOCIATION,<br><br>Plaintiff,<br><br>vs.<br><br>FIDELITY NATIONAL TITLE GROUP, INC., et al.,<br><br>Defendants. | Case No.: 2:21-CV-01454-JCM-NJK<br><br>**STIPULATION AND ORDER REGARDING STAY OF CASE** |

    Defendants Fidelity National Title Group, Inc. and Fidelity National Title Insurance Company (collectively, "Defendants") and plaintiff U.S. Bank National Association ("U.S. Bank"), by and through their respective attorneys of record, hereby agree and stipulate as follows:

    1.    U.S. Bank filed its complaint in the Eighth Judicial District Court on July 26, 2021;



2. On August 5, 2021, Defendants removed the instant case to the United States District Court for the State of Nevada (ECF No. 1);

3. On September 20, 201, prior to Defendants filing a response to the complaint, U.S. Bank filed its first amended complaint (the "FAC") (ECF No. 16);

4. On October 20, 2021, prior to Defendants filing their responses to the FAC, the Court granted Defendant's motion to stay the instant case pending the issuance of a mandate in the case styled the *Wells Fargo II* Appeal (ECF No. 23);

5. Following the issuance of the mandate in the *Wells Fargo II* Appeal, the Court granted U.S. Bank's motion to lift the stay in this action (ECF No. 27);

6. The Parties enter this stipulation for the purpose of reestablishing a case schedule for this action;

**IT IS SO STIPULATED** that Defendants shall file their responsive pleadings to the FAC on or before Monday, July 18, 2022. The Parties shall conduct their Fed. R. Civ. P. 26(f) conference within 14 days of when Defendants file their responsive pleadings. The Parties shall submit their joint Fed. R. Civ. P. 26(f) report within 14 days of their conference.

Dated:  June 17, 2022

SINCLAIR BRAUN LLP

By:  /s/-Kevin S. Sinclair
KEVIN S. SINCLAIR
Attorneys for Defendants
FIDELITY NATIONAL TITLE GROUP, INC. and FIDELITY NATIONAL TITLE INSURANCE COMPANY

Dated:  June 17, 2022

WRIGHT FINLAY & ZAK, LLP

By:  /s/-Lindsay D. Dragon
LINDSAY D. DRAGON
Attorneys for Plaintiff
U.S. BANK, NATIONAL ASSOCIATION

**IT IS SO ORDERED.**

Dated June 21, 2022

_____
JAMES C. MAHAN
UNITED STATES DISTRICT JUDGE



STIPULATION AND ORDER REGARDING STAY OF CASE