**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| US BANK NATIONAL ASSOCIATION,<br><br>Plaintiff,<br><br>vs.<br><br>FIDELITY NATIONAL TITLE GROUP, INC.,<br><br>Defendants. | Case No.: 2:21-CV-01454-JCM-NJK<br><br>**ORDER TO CONTINUE FIDELITY NATIONAL TITLE GROUP, INC.'S DEADLINE TO RESPOND TO THE FIRST AMENDED COMPLAINT**<br><br>**(FIRST REQUEST)** |

COMES NOW defendant Fidelity National Title Group, Inc. ("FNTG") and plaintiff U.S. Bank National Association ("U.S. Bank"), by and through their respective attorneys of record, which hereby agree and stipulate as follows:

1. U.S. Bank filed its complaint in the Eighth Judicial District Court on July 26, 2021;
2. On August 5, 2021, FNTG and its co-defendant, Fidelity National Title Insurance

Company ("FNTIC") (collectively, "Defendants"), removed the instant case to the United States District Court for the State of Nevada (ECF No. 1);

3. On September 20, 2021, prior to Defendants filing a response to the complaint, U.S. Bank filed its first amended complaint (the "FAC") (ECF No. 16);

4. On October 20, 2021, prior to Defendants filing their responses to the FAC, the Court granted Defendant's motion to stay the instant case pending the issuance of a mandate in the case styled the *Wells Fargo II* Appeal (ECF No. 23);

5. Following the issuance of the mandate in the *Wells Fargo II* Appeal, the Court granted U.S. Bank's motion to lift the stay in this action (ECF No. 27);

6. On June 21, 2022, the District Court granted the Parties' stipulation to reset deadlines in this case, including by setting Defendants' deadline to respond to the FAC for July 18, 2022 (ECF No. 31);

7. FNTIC has filed its motion to dismiss the FAC;

8. U.S. Bank and FNTG have reached an agreement in principle that will result in the dismissal of FNTG from this action;

9. In light of that agreement, and in the interest of avoiding the unnecessary expenditure of resources, FNTG and U.S. Bank agree that there is good cause to continue FNTG's deadline to respond to the FAC by sixty (60) days;

10. The requested extension of the deadline will not result in prejudice to any of the Parties to this action;

11. The requested extension is not sought for any improper purpose or to delay;

//
//
//
//
//
//
//

Therefore, FNTG and U.S. Bank **STIPULATE AND AGREE** that FNTG's deadline to respond to the FAC shall be extended by sixty (60) days, to allow the FNTG and U.S. Bank additional time to finalize the aforementioned agreement.

Dated: July 18, 2022

SINCLAIR BRAUN LLP

By: /s/-Kevin S. Sinclair
KEVIN S. SINCLAIR
Attorneys for Defendants
FIDELITY NATIONAL TITLE GROUP, INC.

Dated: July 18, 2022

WRIGHT FINLAY & ZAK, LLP

A stipulation of dismissal or FNTG's answer must be filed no later than September 19, 2022.

By: /s/-Lindsay D. Dragon
LINDSAY D. DRAGON
Attorneys for Plaintiff
U.S. BANK NATIONAL ASSOCIATION

**IT IS SO ORDERED.**

Dated July 19, 2022.

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE