WRIGHT, FINLAY & ZAK, LLP
Darren T. Brenner, Esq.
Nevada Bar No. 8386
Lindsay D. Dragon, Esq.
Nevada Bar No. 13474
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
dbrenner@wrightlegal.net
ldragon@wrightlegal.net
*Attorneys for Plaintiff, U.S. Bank National Association as Legal Title Trustee for Truman 2016 SC6 Title Trust*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION AS LEGAL TITLE TRUSTEE FOR TRUMAN 2016 SC6 TITLE TRUST,<br><br>Plaintiff,<br>vs.<br><br>FIDELITY NATIONAL TITLE GROUP, INC.; FIDELITY NATIONAL TITLE INSURANCE COMPANY; DOE INDIVIDUALS I through X; and ROE CORPORATIONS XI through XX, inclusive,<br><br>Defendants. | Case No.: 2:21-cv-01454-JCM-NJK<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO RESPOND TO FIDELITY NATIONAL TITLE GROUP, INC.'S MOTION TO DISMISS [ECF No. 43]**<br><br>**(First Request)** |

Plaintiff, U.S. Bank National Association as Legal Title Trustee for Truman 2016 SC6 Title Trust ("U.S. Bank") and Defendant Fidelity National Title Group, Inc. ("Fidelity"), by and through their counsel of record, hereby stipulate and agree as follows:

1. On September 14, 2022, Fidelity filed a Motion to Dismiss [ECF No. 43] U.S. Bank's First Amended Complaint [ECF No. 16];

2. U.S. Bank's deadline to respond to Fidelity's Motion to Dismiss is currently September 28, 2022;

3. The Parties have reached an agreement in principle by which Fidelity will be dismissed from this matter. In order to conserve resources, the Parties stipulate and

agree that U.S. Bank shall have an additional 61 days to respond to Fidelity's Motion to Dismiss through and including Monday, November 28, 2022.  Should the Parties finalize their agreement before then, an appropriate dismissal of Fidelity will be filed;

4. Counsel for Fidelity does not oppose the requested extension;

5. This is the first request for an extension which is made in good faith and not for purposes of delay.

**IT IS SO STIPULATED.**

DATED this 27th day of September, 2022.

WRIGHT, FINLAY & ZAK, LLP

*/s/ Lindsay D. Dragon*
Lindsay D. Dragon, Esq.
Nevada Bar No. 13474
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
*Attorneys for Plaintiff, U.S. Bank National Association as Legal Title Trustee for Truman 2016 SC6 Title Trust*

DATED this 27th day of September, 2022.

SINCLAIR BRAUN, LLP

*/s/ Kevin S. Sinclair*
Kevin S. Sinclair, Esq.,
Nevada Bar No. 12277
16501 Venture Blvd., Suite 400
Encino, CA 91436
*Attorneys for Defendants, Fidelity National Title Group, Inc. and Fidelity National Title Insurance Company*

**IT IS SO ORDERED.**

Dated September 28, 2022

_____
UNITED STATES DISTRICT COURT JUDGE