Kevin S. Sinclair, NV Bar No. 12277
  ksinclair@sinclairbraun.com
SINCLAIR BRAUN LLP
16501 Ventura Blvd, Suite 400
Encino, California 91436
Telephone:  (213) 429-6100
Facsimile:  (213) 429-6101

Attorneys for Defendants
FIDELITY NATIONAL TITLE GROUP, INC. AND FIDELITY
NATIONAL TITLE INSURANCE COMPANY

DESIGNATED LOCAL COUNSEL FOR SERVICE
OF PROCESS ONLY PER L.R. IA 11-1(b)(ii)

Janet Trost, Esq., State Bar No. 4072
501 S. Rancho Drive
Suite H-56
Las Vegas, NV 89106

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| US BANK NATIONAL ASSOCIATION, | Case No.: 2:21-cv-01454-JCM-NJK |
|---|---|
| Plaintiff, | **NOTICE OF CHANGE OF DESIGNATION OF LOCAL COUNSEL FOR SERVICE OF PROCESS ONLY PER LOCAL RULE IA 11-1(b)** |
| vs. | |
| FIDELITY NATIONAL TITLE GROUP, INC. et al., | |
| Defendants. | |

**PLEASE TAKE NOTICE** that as of the date appearing below, attorney Gary L. Compton, Esq. will no longer serve as designated local counsel for service of process for Sinclair Braun LLP pursuant to Local Rule IA 11-1(b), and no further papers, process or pleadings should be served on Mr. Compton.



1
NOTICE OF CHANGE OF DESIGNATION OF LOCAL COUNSEL

1  Counsel of record Kevin Sinclair and Sinclair Braun LLP hereby designate Janet Trost,
2  Esq. as designated local counsel for service of process only pursuant to Local Rule IA 11-1(b).
3  All papers, process, or pleadings required to be served on Mr. Sinclair may be directed as
4  follows:

5   Janet Trost, Esq.
    501 S. Rancho Drive
6   Suite H-56
    Las Vegas, NV 89106
7

8
   Dated:  November 16, 2022         SINCLAIR BRAUN LLP
9

10

11               By:  /s/-Kevin S. Sinclair
                   KEVIN S. SINCLAIR
12               Attorneys for Defendants
                 FIDELITY NATIONAL TITLE GROUP, INC.
13               AND FIDELITY NATIONAL TITLE
                 INSURANCE COMPANY
14
                    **ORDER**
15  **IT IS SO ORDERED.**

16
                   _____
17               UNITED STATES MAGISTRATE JUDGE

18               Dated: November 17, 2022

19

20

21

22

23

24

25

26

27

28

