WRIGHT, FINLAY & ZAK, LLP
Darren T. Brenner, Esq.
Nevada Bar No. 8386
Lindsay D. Dragon, Esq.
Nevada Bar No. 13474
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
dbrenner@wrightlegal.net
ldragon@wrightlegal.net
*Attorneys for Plaintiff, U.S. Bank National Association as Legal Title Trustee for Truman 2016 SC6 Title Trust*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION AS LEGAL TITLE TRUSTEE FOR TRUMAN 2016 SC6 TITLE TRUST,<br><br>Plaintiff,<br><br>vs.<br><br>FIDELITY NATIONAL TITLE GROUP, INC.; FIDELITY NATIONAL TITLE INSURANCE COMPANY; DOE INDIVIDUALS I through X; and ROE CORPORATIONS XI through XX, inclusive,<br><br>Defendants. | Case No.: 2:21-cv-01454-JCM-NJK<br><br>**STIPULATION AND ORDER TO RESET DEADLINE TO RESPOND TO FIDELITY NATIONAL TITLE GROUP, INC.'S MOTION TO DISMISS [ECF No. 43]**<br><br>**(First Request)** |

Plaintiff, U.S. Bank National Association as Legal Title Trustee for Truman 2016 SC6 Title Trust (**U.S. Bank**) and Defendants Fidelity National Title Group, Inc. (**FNTG**) and Fidelity National Title Insurance Company (**FNTIC**), by and through their counsel of record, hereby stipulate and agree as follows:

1. On September 20, 2021, U.S. Bank filed its First Amended Complaint [ECF No. 16];

2. On September 14, 2022, FNTG filed its Motion to Dismiss [ECF No. 43];

3. On October 10, 2022, U.S. Bank and Defendants entered into a Stipulation to stay the case [ECF No. 49], which was granted on October 12, 2022 [ECF No. 50];

4. On November 21, 2022, the Court entered an Order lifting the stay and ordered the parties to submit a briefing schedule for FNTG's Motion [ECF No. 53];

5. The Parties stipulate and agree that U.S. Bank shall have until Monday, February 20, 2023, to file its response to FNTG's Motion to Dismiss [ECF No. 43];

**IT IS SO STIPULATED.**

| | |
|---|---|
| DATED this 21st day of December, 2022. | DATED this 21st day of December, 2022. |
| WRIGHT, FINLAY & ZAK, LLP | SINCLAIR BRAUN, LLP |
| */s/ Lindsay D. Dragon* <br> Lindsay D. Dragon, Esq. <br> Nevada Bar No. 13474 <br> 7785 W. Sahara Ave., Suite 200 <br> Las Vegas, NV 89117 <br> *Attorneys for Plaintiff* | */s/ Kevin S. Sinclair* <br> Kevin S. Sinclair, Esq., <br> Nevada Bar No. 12277 <br> 16501 Venture Blvd., Suite 400 <br> Encino, CA 91436 <br> *Attorneys for Defendants* |

**IT IS SO ORDERED.**

DATED: December 21, 2022

_____
UNITED STATES DISTRICT COURT JUDGE