WRIGHT, FINLAY & ZAK, LLP
Darren T. Brenner, Esq.
Nevada Bar No. 8386
Lindsay D. Dragon, Esq.
Nevada Bar No. 13474
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
dbrenner@wrightlegal.net
ldragon@wrightlegal.net
*Attorneys for Plaintiff, U.S. Bank National Association as Legal Title Trustee for Truman 2016 SC6 Title Trust*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION AS LEGAL TITLE TRUSTEE FOR TRUMAN 2016 SC6 TITLE TRUST,<br><br>Plaintiff,<br>vs.<br><br>FIDELITY NATIONAL TITLE GROUP, INC.; FIDELITY NATIONAL TITLE INSURANCE COMPANY; DOE INDIVIDUALS I through X; and ROE CORPORATIONS XI through XX, inclusive,<br><br>Defendants. | Case No.: 2:21-cv-01454-JCM-NJK<br><br>**JOINT DISCOVERY PLAN AND SCHEDULING ORDER** |

Plaintiff, U.S. Bank National Association as Legal Title Trustee for Truman 2016 SC6 Title Trust ("U.S. Bank"), and Defendants, Fidelity National Title Group, Inc. ("Fidelity") and Fidelity National Title Insurance Company ("Fidelity National", collectively, the "Parties"), by and through their counsel of record, hereby submit their proposed Joint Discovery Plan and Scheduling Order pursuant to this Court's November 21, 2022 Order [ECF No. 53], as well as Fed. R. Civ. P. 26(f) and LR 26-1(a-b).

   **I.**   **INFORMATION PURSUANT TO FRCP 26(f).**

   **1.** *Meeting.*  Pursuant to Fed. R. Civ. P. 26(f) and LR 26-1(a), a meeting was held on December 14, 2022, and was attended by Lindsay D. Dragon, Esq. of Wright, Finlay & Zak,

LLP, Counsel for U.S. Bank, and Kevin S. Sinclair, Esq., of Sinclair Braun LLP, Counsel for Defendants.

**II.  INFORMATION PURSUANT TO LR 26-1(B).**

**1.** *Discovery Plan.* The Parties propose to the Court the following discovery plan:

(a) <u>Subject of Discovery.</u> Discovery will be needed on the following subjects: All claims set forth in the Complaint, as well as the defenses relevant to the action.

(b) <u>Discovery Cut-Off Dates.</u> Discovery will take **180 days**, measured from December 14, 2022, the date the Parties held their Fed. R. Civ. P. 26(f) Conference. The discovery cut-off date, therefore, will be **June 12, 2023.**

(c) <u>Fed. R. Civ. P. 26(a)(2) Disclosures (Experts).</u> Disclosure of experts shall proceed according to Fed. R. Civ. P. 26(a)(2):

(1) The disclosure of experts and expert reports shall occur on **April 13, 2023**, which is sixty (60) days before the discovery cut-off date;

and

(2) The disclosure of rebuttal experts and their reports shall occur on **May 12, 2023**, which is thirty-one (31) days before the discovery cut-off date.

**2.** *Other items.*

(a) <u>Initial Disclosures.</u> The Parties have already served their initial disclosures and will continue to supplement their disclosures in accordance with the Federal Rules of Civil Procedure.

(b) <u>Amending the Pleadings and Adding Parties.</u> The Parties have until **March 14, 2023**, to file any motion to amend the pleadings or to add parties, which is ninety (90) days before the discovery cut-off date pursuant to LR 26-1(b)(2).

(c) <u>Dispositive Motions.</u> The Parties shall have until **July 12, 2023**, to file dispositive motions. This is thirty (30) days after the discovery cut-off date pursuant to LR 26-1(b)(4).

(d) <u>Settlement.</u> All Parties will continue to discuss possible resolution to this matter.

(e) <u>Pretrial Order.</u> The pretrial order shall be filed by **August 11, 2023**, which is thirty (30) days after the date set for filing dispositive motions in the case. This deadline is

suspended if the dispositive motions are timely filed until 30 days after decision on the dispositive motions or further Court order. The disclosures required by Fed. R. Civ. P. 26(a)(3) shall be made in the joint pretrial order.

    (f)    <u>Court Conference.</u>  The Parties are not requesting a conference with the Court before entry of the scheduling order.

    (g)    <u>Later Appearing Parties.</u>  A copy of this discovery plan and scheduling order shall be served on any person served after it is entered, or, if an additional defendant should appear, within five (5) days of their first appearance. This discovery plan and scheduling order shall apply to such later-appearing parties, unless the Court, on motion and for good cause shown orders otherwise.

    (h)    <u>Extension or Modification of the Discovery Plan and Scheduling Order.</u>  LR 26-3 governs modifications or extensions of this discovery plan and scheduling order. Any stipulation or motion must be made no later than twenty-one (21) days before the subject deadline, and must fully comply with LR 26-3.

    (i)    <u>Estimate of Time Required for Trial</u>. The Parties estimate that a trial will take 10-15 days.

    (j)    <u>Alternative Dispute Resolution:</u> The Parties hereby certify pursuant to LR 26-1(b)(7) they met and conferred about the possibility of using alternative dispute-resolution processes including mediation, arbitration, and if applicable, early neutral evaluation (collectively, ADR). The Parties determined ADR is not a viable option at this time.

    (k)    <u>Alternative Forms of Case Disposition:</u> The Parties hereby certify pursuant to LR 26-1(b)(8) they considered consent to trial by a magistrate judge and/or use of the short trial program. The Parties do not consent to either at this time.

    (l)    <u>Electronic Evidence</u>: The Parties have discussed the production of electronic data and will stipulate to a protocol for handling electronically stored data if necessary.

    (m)    <u>Time to Notice Depositions Pursuant to Fed. R. Civ. P. 30(b)(6)</u>: The Parties agree to provide at least fourteen (14) days' notice prior to taking a deposition pursuant to Fed. R. Civ. P. 30(b)(6), unless otherwise agreed.

(n) <u>Issues about claims of privilege or protection of trial preparation materials</u>:

(i) The Court previously entered a stipulated confidentiality agreement and protective order in this matter. (ECF No. 45.)

(ii) Claw-back of Inadvertent Disclosure of Privileged Materials: The Parties agree that the procedures set forth in Fed. R. Civ. P. 26(b)(5) shall apply.

DATED this 21st day of December, 2022.        DATED this 21st day of December, 2022.

WRIGHT, FINLAY & ZAK, LLP                      SINCLAIR BRAUN LLP

*/s/ Lindsay D. Dragon*                         */s/ Kevin S. Sinclair*
Lindsay D. Dragon, Esq.                         Kevin S. Sinclair, Esq.
Nevada Bar No. 13474                            Nevada Bar No. 12277
7785 W. Sahara Ave., Suite 200                  16501 Ventura Blvd, Suite 400
Las Vegas, NV 89117                             Encino, California 91436
*Attorneys for Plaintiff, U.S. Bank National    Attorneys for Defendants, Fidelity National
Association as Legal Title Trustee for          Title Group, Inc. and Fidelity National Title
Truman 2016 SC6 Title Trust*                    *Insurance Company*

**IT IS SO ORDERED.**

Dated this __27th__ day of December, 2022.

_____
THE HON. NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE