WRIGHT, FINLAY & ZAK, LLP
Darren T. Brenner, Esq.
Nevada Bar No. 8386
Lindsay D. Dragon, Esq.
Nevada Bar No. 13474
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
dbrenner@wrightlegal.net
ldragon@wrightlegal.net
*Attorneys for Plaintiff, U.S. Bank National Association as Legal Title Trustee for Truman 2016 SC6 Title Trust*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION AS LEGAL TITLE TRUSTEE FOR TRUMAN 2016 SC6 TITLE TRUST,<br><br>Plaintiff,<br>vs.<br><br>FIDELITY NATIONAL TITLE GROUP, INC.; FIDELITY NATIONAL TITLE INSURANCE COMPANY; DOE INDIVIDUALS I through X; and ROE CORPORATIONS XI through XX, inclusive,<br><br>Defendants. | Case No.: 2:21-cv-01454-JCM-NJK<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO RESPOND TO FIDELITY NATIONAL TITLE GROUP, INC.'S MOTION FOR JUDGMENT ON THE PLEADINGS [ECF No. 58]**<br><br>**(First Request)** |

Plaintiff, U.S. Bank National Association as Legal Title Trustee for Truman 2016 SC6 Title Trust ("U.S. Bank") and Defendant Fidelity National Title Insurance Company ("Fidelity"), by and through their counsel of record, hereby stipulate and agree as follows:

1. On December 21, 2022, Fidelity filed a Motion for Judgment on the Pleadings [ECF No. 58];
2. U.S. Bank's deadline to respond to Fidelity's Motion is currently January 4, 2023;
3. The Parties stipulate and agree that U.S. Bank shall have an additional 30 days to respond to Fidelity's Motion through and including Friday, February 3, 2023 to give U.S. Bank

1. additional time to review and respond to the cited points and authorities in light of the recent holidays;

4. Counsel for Fidelity does not oppose the requested extension;

5. This is the first request for an extension which is made in good faith and not for purposes of delay.

**IT IS SO STIPULATED.**

| DATED this 4th day of January, 2023. | DATED this 4th day of January, 2023. |
|---|---|
| WRIGHT, FINLAY & ZAK, LLP | SINCLAIR BRAUN, LLP |
| */s/ Lindsay D. Dragon*<br>Lindsay D. Dragon, Esq.<br>Nevada Bar No. 13474<br>7785 W. Sahara Ave., Suite 200<br>Las Vegas, NV 89117<br>*Attorneys for Plaintiff, U.S. Bank National Association as Legal Title Trustee for Truman 2016 SC6 Title Trust* | */s/ Kevin S. Sinclair*<br>Kevin S. Sinclair, Esq.,<br>Nevada Bar No. 12277<br>16501 Venture Blvd., Suite 400<br>Encino, CA 91436<br>*Attorneys for Defendants, Fidelity National Title Group, Inc. and Fidelity National Title Insurance Company* |

**IT IS SO ORDERED.**

Dated January 5, 2023.

_____
UNITED STATES DISTRICT COURT JUDGE