WRIGHT, FINLAY & ZAK, LLP
Darren T. Brenner, Esq. (NBN 8386)
Christina V. Miller, Esq. (NBN 12448)
Lindsay D. Dragon, Esq. (NBN 13474)
Yanxiong Li, Esq. (NBN 12807)
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
dbrenner@wrightlegal.net
cmiller@wrightlegal.net
ldragon@wrightlegal.net
yli@wrightlegal.net
*Attorneys for Plaintiff, U.S. Bank National Association as Legal Title Trustee for Truman 2016 SC6 Title Trust*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION AS LEGAL TITLE TRUSTEE FOR TRUMAN 2016 SC6 TITLE TRUST,<br><br>Plaintiff,<br>vs.<br><br>FIDELITY NATIONAL TITLE GROUP, INC.; FIDELITY NATIONAL TITLE INSURANCE COMPANY; DOE INDIVIDUALS I through X; and ROE CORPORATIONS XI through XX, inclusive,<br><br>Defendants. | Case No.: 2:21-cv-01454-GMN-NJK<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO MOTION TO DISMISS [ECF NO. 78]**<br><br>**(Second Request)** |

COMES NOW, Plaintiff, U.S. Bank National Association as Legal Title Trustee for Truman 2016 SC6 Title Trust ("US Bank") and Defendants, Fidelity National Title Group, Inc. and Fidelity National Title Insurance Company ("Defendants"), by and through their respective undersigned counsels, stipulate and agree as follows:

1. On March 12, 2024, Defendants filed their Motion to Dismiss [ECF Nos. 78];
2. US Bank's deadline to respond to Defendants' Motion to Dismiss is currently April 9, 2024 following an initial extension granted by this Court [ECF No. 82];

3. Since the initial extension, on April 4. 2024, the Ninth Circuit Court of Appeals issued a memorandum decision in *Wells Fargo Bank, N.A. v. Commonwealth Land Title Insurance Company*, Ninth Cir. Case No. 19-16181 (District Court Case No. 2:18-CV-00494-APG-BNW) ("*Wells Fargo*"). US Bank requires additional time to assess any potential impact of *Wells Fargo* on this matter;

4. Accordingly, good cause exists to grant a one-week extension up to and including April 16, 2024 for US Bank to file its response to Defendants' Motion to Dismiss;

5. Counsel for Defendants does not oppose the requested extension;

6. This is the second request for an extension and is made in good faith and not for purposes of undue delay or prejudice.

**IT IS SO STIPULATED.**

DATED this 9th day of April, 2024.

WRIGHT, FINLAY & ZAK, LLP

/s/ *Yanxiong Li, Esq.*
Yanxiong Li, Esq.
Nevada Bar No. 12807
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
*Attorneys for Plaintiff, U.S. Bank National Association as Legal Title Trustee for Truman 2016 SC6 Title Trust*

DATED this 9th day of April, 2024.

SINCLAIR BRAUN KARGHER LLP

/s/ *Kevin S. Sinclair, Esq.*
Kevin S. Sinclair, Esq.
Nevada Bar No. 12277
15260 Ventura Blvd., Ste 715
Sherman Oaks, California 91403
*Attorneys for Defendants, Fidelity National Title Group, Inc. and Fidelity National Title Insurance Company*

**IT IS SO ORDERED**.

DATED: April 9, 2024

_____
DISTRICT COURT JUDGE