Scott E. Gizer, Esq., Nevada Bar No. 12216
  sgizer@earlysullivan.com
Sophia S. Lau, Esq., Nevada Bar No. 13365
  slau@earlysullivan.com
EARLY SULLIVAN WRIGHT
  GIZER & McRAE LLP
8716 Spanish Ridge Avenue, Suite 105
Las Vegas, Nevada 89148
Telephone:  (702) 331-7593
Facsimile:  (702) 331-1652

Kevin S. Sinclair, NV Bar No. 12277
  ksinclair@sinclairbraun.com
SINCLAIR BRAUN KARGHER LLP
15260 Ventura Blvd., Suite 715
Sherman Oaks, California 91403
Telephone:  (213) 429-6100
Facsimile:  (213) 429-6101

Attorneys for Defendant
FIDELITY NATIONAL TITLE GROUP, INC. and FIDELITY
NATIONAL TITLE INSURANCE COMPANY

DESIGNATED LOCAL COUNSEL FOR SERVICE OF
PROCESS ON SINCLAIR BRAUN LLP PER L.R. IA 11-1(b)

Janet Trost, Esq.
501 S. Rancho Drive
Suite H-56
Las Vegas, Nevada 89106

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| US BANK NATIONAL ASSOCIATION,<br><br>Plaintiff,<br><br>vs.<br><br>FIDELITY NATIONAL TITLE GROUP, INC. et al.,<br><br>Defendants. | Case No.: 2:21-CV-01454-GMN-NJK<br><br>**STIPULATION TO DISMISS ACTION WITH PREJUDICE** |
|---|---|



1
**STIPULATION TO DISMISS ACTION WITH PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), plaintiff U.S. Bank National Association and defendants Fidelity National Title Group, Inc. and Fidelity National Title Insurance Company stipulate to the **DISMISSAL WITH PREJUDICE** of this action, with each party to bear its own fees and costs.

Dated: April 22, 2024                                     SINCLAIR BRAUN KARGHER LLP

By: /s/-Kevin S. Sinclair
KEVIN S. SINCLAIR
Attorneys for Defendants
FIDELITY NATIONAL TITLE GROUP, INC.
AND FIDELITY NATIONAL TITLE
INSURANCE COMPANY

WRIGHT FINLAY & ZAK LLP

By: /s/-Christina V. Miller
CHRISTINA V. MILLER
Attorneys for Plaintiff
U.S. BANK NATIONAL ASSOCIATION

**IT IS SO ORDERED.  IT IS FURTHER ORDERED** that Defendant Fidelity National Title Insurance Company's Motion to Dismiss, (ECF No. 78), and Plaintiff U.S. Bank National Association's Motion to Stay, (ECF No. 79), are **DENIED as moot.  The Clerk of Court is kindly instructed to close the case.**

_____
THE HON. GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE

Dated: April 22, 2024

